**EXHIBIT A:**
**Microsoft's Claim Construction Comparison Chart**
**for U.S. Patent No. 6,826,744 B1**

| Disputed Terms in the '744 Patent | Microsoft's Construction | Vertical's Construction |
|---|---|---|
| 1. A method for generating a computer application on a host system in an **arbitrary object framework** that **separates** a **content** of said computer application, a **form** of said computer application and a **functionality** of said computer application, said method comprising: | "**arbitrary object framework**":  This term is indefinite.  To the extent that the term can be given any meaning, Microsoft proposes that it mean:  "A framework that allows arbitrary objects to be referenced in a consistent manner regardless of type." | "**arbitrary object framework**": A hierarchical system that can separate content, form and functionality to generate a product, and facilitates creation of arbitrary objects, management of arbitrary objects, and deployment of arbitrary objects. |
| | "**functionality**":  Software code or scripts to implement the actions of the computer application that can be created by a programmer or group of programmers. | "**functionality**":  Software code. |
| | "**content**": Written, recorded, or illustrated documentation of the computer application, such as photographs, illustrations, product marketing material, and news articles that can be created by writers, photographers, artists, reporters, or editors. | "**content**":  Data. |
| | "**form**":  The look of the computer application, including graphic designs, user interfaces, and graphical presentations that can be created by a designer or group of designers. | "**form**":  Formatting. |
| | "**that separates a content of said computer application, a form of said computer application, and a functionality of said computer application**":  In which the content, form and functionality of the computer application are entities that are independent of each other.  Prosecution History Disavowal:  no class includes two or more of a content, a form, and a functional method. | "**that separates a content of said computer application, a form of said computer application and a functionality of said computer application**":  Treating content, form and functionality as arbitrary objects. |

1

| **Disputed Terms in the '744 Patent** | **Microsoft's Construction** | **Vertical's Construction** |
|---|---|---|
| creating **arbitrary objects with corresponding arbitrary names** of various **object types** for generating said **content** of said computer application, said **form** of said computer application, and said **functionality** of said computer application; | "**object**": This term does not require a construction separate from the construction of "arbitrary object." To the extent that the Court decides to construe this term separately, Microsoft proposes that it mean: "a combination of application logic and data." | "**object**": An entity that can have form, content or functionality or any combination of form, content and functionality. |
| | "**arbitrary object**": Any combination of application logic and data desired by the developer that is interchangeable with another arbitrary object of another type. | "**arbitrary object**": An object that can be created independently by individual preference and that can be accessed solely by name. |
| | "**arbitrary name**": Any name desired by the developer that is all that is needed to access the object. | "**arbitrary name**": An identifier assigned to an arbitrary object. |
| | "**content**": *See above.* | "**content**": *See above.* |
| | "**form**": *See above.* | "**form**": *See above.* |
| | "**functionality**": *See above.* | "**functionality**": *See above.* |
| managing said **arbitrary objects** in an object library; and | "**arbitrary object**": *See above.* | "**arbitrary object**": *See above.* |
| deploying said **arbitrary objects** from said object library into a design framework to create said computer application. | "**arbitrary object**": *See above.* | "**arbitrary object**": *See above.* |
| 26. A method for generating a website on a host system in an **arbitrary object framework** that **separates** a **content** of said website, a **form** of said website, and a **functionality** of said website, said method comprising: | "**arbitrary object framework**": This term is indefinite. To the extent that the term can be given any meaning, Microsoft proposes that it mean: "A framework that allows arbitrary objects to be referenced in a consistent manner regardless of type." | "**arbitrary object framework**": A hierarchical system that can separate content, form and functionality to generate a product, and facilitates creation of arbitrary objects, management of arbitrary objects, and deployment of arbitrary objects. |
| | "**functionality**": Software code or scripts to implement the actions of the web site that can be created by a programmer or group of programmers. | "**functionality**:" Software code. |

2

| Disputed Terms in the '744 Patent | Microsoft's Construction | Vertical's Construction |
|---|---|---|
| | "**content**": Written, recorded, or illustrated documentation of the web site, such as photographs, illustrations, product marketing material, and news articles that can be created by writers, photographers, artists, reporters, or editors. | "**content**": Data. |
| | "**form**": The look of the web site, including graphic designs, user interfaces, and graphical presentations that can be created by a designer or group of designers. | "**form**": Formatting. |
| | "**that separates a content of said website, a form of said website, and a functionality of said website**": In which the content, form and functionality of the web site are entities that are independent of each other.<br><br>Prosecution History Disavowal: no class includes two or more of a content, a form, and a functional method. | "**that separates a content of said website, a form of said website and a functionality of said website**": Treating content, form and functionality as arbitrary objects. |
| creating **arbitrary objects with corresponding arbitrary names** of various **object types** for generating said **content** of said web site, said **form** of said web site, and said **functionality** of said web site; | "**object**": This term does not require a construction separate from the construction of "arbitrary object."<br><br>To the extent that the Court decides to construe this term separately, Microsoft proposes that it mean: "a combination of application logic and data." | "**object**": An entity that can have form, content or functionality or any combination of form, content and functionality. |
| | "**arbitrary object**": Any combination of application logic and data desired by the developer that is interchangeable with another arbitrary object of another type. | "**arbitrary object**": An object that can be created independently by individual preference and that can be accessed solely by name. |
| | "**arbitrary name**": Any name desired by the developer that is all that is needed to access the object. | "**arbitrary name**": An identifier assigned to an arbitrary object. |
| | "**content**": *See above.* | "**content**": *See above.* |
| | "**form**": *See above.* | "**form**": *See above.* |
| | "**functionality**": *See above.* | "**functionality**": *See above.* |

| Disputed Terms in the '744 Patent | Microsoft's Construction | Vertical's Construction |
|---|---|---|
| managing said **arbitrary objects** in an object library; and | "**arbitrary object**": *See above.* | "**arbitrary object**": *See above.* |
| deploying said **arbitrary objects** from said object library to a container page to create said web site. | "**arbitrary object**": *See above.* | "**arbitrary object**": *See above.* |