# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VERTICAL COMPUTER SYSTEMS, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:07-CV-144 (DF-CE) |
| v. | § § | |
| MICROSOFT CORPORATION, | § § § | |
| Defendant. | § | |

**DECLARATION OF BRIAN EUTERMOSER IN SUPPORT OF
MICROSOFT'S CLAIM CONSTRUCTION BRIEF**

I, Brian Eutermoser, under penalty of perjury, declare as follows:

1. I am an associate with the law firm of Weil, Gotshal & Manges, LLP, counsel for Defendant Microsoft Corporation in this matter. I am an active, licensed member of the State Bar of New York. I submit this declaration based on personal knowledge.

2. Exhibit 1 is a true and correct copy of the January 28, 2003 Amendment and Response submitted during prosecution of U.S. Patent No. 6,826,744 ("the '744 patent").

3. Exhibit 2 is a true and correct copy of the October 22, 2003 Response submitted during prosecution of the '744 patent.

4. Exhibit 3 is a true and correct copy of the April 30, 2004 Response submitted during prosecution of the '744 patent.

5. Exhibit 4 is a true and correct copy of excerpts from the Adhesive Software web site, published on February 3, 1998 (as downloaded from Internet Archive (www.archive.org)).

6. Exhibit 5 is a true and correct copy of *Small Adhesive Carries Big Stick*, AUSTIN BUS. JOURNAL (Jan. 9, 1998), http://austin.bizjournals.com/austin/stories/1998/01/12/story2.html.

1

2

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed:  June 6, 2008

/s/ Brian Eutermoser
Brian Eutermoser
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000